IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 5:15CV00035 |
| ) | |
| JONATHAN R. ALGER, President of ) | |
| James Madison University, sued in his ) | |
| official capacity, and ) | |
| ) | |
| MARK J. WARNER, Ph.D., Senior ) | |
| Vice President of Student Affairs and ) | |
| University Planning for James Madison ) | |
| University, sued in his official capacity, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S JOHN DOE'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM AND FOR A PROTECTIVE ORDER

Upon consideration of Plaintiff John Doe's Motion to Proceed Under a Pseudonym and for a Protective Order, and any opposition thereto, it is this ____ day of May, 2015, hereby **ORDERED** that Plaintiff's motion is **GRANTED**; and it is further

**ORDERED**, that all parties shall use the pseudonym "John Doe" to refer to Plaintiff throughout the entirety of this lawsuit; and it is further

**ORDERED**, that all parties shall use the pseudonym "Jane Roe" throughout

1

the entirety of this lawsuit to refer to the woman who accused Plaintiff in the underlying matter at the University; and it is further

**ORDERED**, that throughout this proceedings, all parties shall use only the descriptive term of "roommate," "suitemate," "support person" and "friend" to refer to the four female students who provided information in the underlying University proceedings and the descriptive term of "roommate" to refer to Plaintiff's roommate in lieu of their real names; and it is further

**ORDERED**, that all documents and exhibits must be redacted or submitted pursuant to a motion to seal to the extent that the documents use the real names of John Doe, his roommate, Jane Roe, the roommate, suitemate, support person or friend, or other identifying information; and it is further

**ORDERED**, that unredacted versions of documents and exhibits shall be submitted to chambers.

So **ORDERED**.

DATE: _____          _____
                                                    Judge