IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
(Harrisonburg Division)

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JONATHAN ALGER, President of | ) | Case No. 5:15-CV-00035 |
| James Madison University, in his | ) | |
| official capacity | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MARK J. WARNER, Sr. Vice | ) | |
| President of Student Affair and | ) | |
| University Planning, in his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Defendants Jonathan R. Alger ("Alger") and Mark J. Warner ("Warner"), by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully request that this Court dismiss the Complaint in this matter with prejudice. The points and authorities upon which the defendants base this request are set forth in the supporting memorandum, filed this day.

Respectfully Submitted,

JONATHAN ALGER &

MARK J. WARNER

By:/s/_____
 Counsel

The Honorable Mark R. Herring
Attorney General of Virginia

Cynthia E. Hudson
Chief Deputy Attorney General

Rhodes B. Ritenour
Deputy Attorney General
Civil Litigation Division

John D. Gilbody* (VSB No. 42788)
Assistant Attorneys General
(804) 786-2071
(804) 786-0122 (fax)

*Counsel of Record*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 1st day of June, 2015, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the plaintiff:

W. David Paxton, Esq.
Justin M. Lugar, Esq.
Bradley C. Tobias, Esq.
Gentry Locke
P.O. Box 40013
Roanoke, VA 24022-0013

I further certify that, on this 1st day of June, 2015, I have sent via electronic mail a copy of the foregoing document to the following counsel:

Michael E. Rosman, Esq.
Michelle A. Scott, Esq.
Center for Individual Rights
1233 20th Street, NW
Suite 300
Washington, DC 20036
rosman@cir-usa.org
scott@cir-usa.org
*Counsel for the Plaintiff*

/s/
John David Gilbody (VSB No. 42788)
Assistant Attorney General
Office of the Virginia Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-8198
(804) 371-2087 (fax)
jgilbody@oag.state.va.us