IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:15-cv-00035 |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| JONATHAN R. ALGER, *et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that plaintiff's motion to proceed under a pseudonym and for a protective order (Dkt. No. 2) is GRANTED. It is further hereby ORDERED that throughout the entirety of this case, the parties shall:

- Use only the pseudonym "John Doe" to refer to plaintiff;

- Use only the pseudonym "Jane Roe" to refer to the woman who accused plaintiff in the underlying disciplinary proceedings;

- Use only the descriptive terms "roommate," "suitemate," "support person," and "friend" to refer to the four female students who provided information in the underlying disciplinary proceedings;

- Use only the descriptive term "roommate" to refer to plaintiff's roommate who provided information in the underlying disciplinary proceedings;

- Redact or move to file under seal all documents and exhibits that use the real names or other identifying information of plaintiff, his roommate, Jane Roe, the roommate, suitemate, support person, or friend; and

- Submit unredacted versions of documents and exhibits to chambers.

The clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

Entered: March 31, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge