IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:15-cv-00035 |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| JONATHAN R. ALGER, *et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that defendants' motion to dismiss (Dkt. No. 32) is GRANTED in part and DENIED in part, that Count II of plaintiff's amended complaint (Dkt. No. 30) is DISMISSED WITH PREJUDICE, and that defendants' motion for a more definite statement (Dkt. No. 31) is DEEMED WITHDRAWN.

The clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

Entered: March 31, 2016.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge