IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 5:15-cv-00035 |
| ) | |
| JONATHAN R. ALGER, President of ) | |
| James Madison University, sued in his ) | |
| official capacity, and ) | |
| ) | |
| MARK J. WARNER, Ph.D., Senior ) | |
| Vice President of Student Affairs and ) | |
| University Planning for James Madison ) | |
| University, sued in his official capacity, ) | |
| ) | |
| Defendants. ) | |

**SUMMARY OF ATTACHMENTS AND DEPOSITION EXHIBITS
SUBMITTED UNDER SEAL BY PLAINTIFF IN SUPPORT OF HIS
MOTION FOR SUMMARY JUDGMENT**

## ATTACHMENTS

The following Attachments have been filed under seal: A-D, F-L, N.

## DEPOSITION EXHIBITS

The following Deposition Exhibits have been filed under seal: 19, 27-30, 33-34, 39, 41, 45-48, 54, 58-59, 61-62, 64, 66-72, 74-75, 88, 90, 92-96, 108, 110, 126, 139, 158, 160, 164, 166, 173, 176-177, 187, 189-193.