IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 5:15-cv-00035 |
| ) | |
| JONATHAN R. ALGER, President of ) | |
| James Madison University, sued in his ) | |
| official capacity, and ) | |
| ) | |
| MARK J. WARNER, Ph.D., Senior ) | |
| Vice President of Student Affairs and ) | |
| University Planning for James Madison ) | |
| University, sued in his official capacity, ) | |
| ) | |
| Defendants. ) | |

## SUMMARY OF ATTACHMENTS
## SUBMITTED UNDER SEAL BY PLAINTIFF IN OPPOSITION TO
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## ATTACHMENTS

The following Attachments have been filed under seal: A(1), B(1), D(1), F(1), N(1) and Q.