# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**JOHN DOE**

vs.

**JONATHAN R. ALGER, et al.,**

Action No: 5:15CV00035
Date: 5/19/2016
Judge: Elizabeth K. Dillon, USDJ
Court Reporter: Sonia Ferris
Deputy Clerk: Jody Turner

Time in court: 10:56 - 12:55, 1:04 - 2:17

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Bradley Tobias, Michael Rosman, William Paxton | John Butler, Nerissa Rouzer, Susan Wheeler |

### LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
Motions for summary judgment [114] & [116]:
Mr. Paxton argues plaintiff's motion for summary judgment [114].
Ms. Rouzer responds.
Mr. Paxton responds.
Ms. Rouzer argues defendants' motion for summary judgment [116].
Mr. Paxton responds.
Ms. Rouzer responds.
Parties agree that 6/7 would be the date that they will need to start preparation for trial.
Court doesn't see that it is possible to make a ruling by the first part of June.
Court is inclinded to continue the trial so that parties don't incur unneeded expense and allow the court to make an informed decision in this case.
Def has no objection to a continuance.
Plf will need to talk with their client.
Court informs the parties to call her chambers and speak with her assistant Miriam Frazier about a continuance of the bench trial.