IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:15-cv-00035 |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| JONATHAN R. ALGER, *et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that plaintiff's motion for summary judgment as to liability (Dkt. No. 114) is GRANTED and defendants' motion for summary judgment (Dkt. No. 116) is DENIED.

In light of the court's finding that Doe's due process rights were violated, the court further ORDERS that the parties submit briefing addressing the issue of the appropriate remedy for that violation on the following schedule:

1. The parties shall simultaneously file opening briefs not later than 30 days after entry of this Order.

2. The parties may file responsive briefs not later than 15 days after service of the opposing party's opening brief.

3. Reply briefs, if any, must be filed not later than 7 days after service of the response brief.

If any party requests a hearing on the issue of remedy, it may contact chambers to schedule it. The clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

Entered: December 23, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge