Re: *John Doe v. Jonathan R. Alger, et al.*
Case No: 5:15-cv-00035-EKD (U. S. District Court, W.D. Va., Harrisonburg Div.)

Exhibit to Plaintiff's Petition for Attorney's Fees and Expenses

# Exhibit 7

Re: *John Doe v. Jonathan Alger, et al.*, Case No: 5:15-cv-00035 (USDC, WDVa, Harrisonburg Div.)

## Survey of Attorney Rates Awarded by Courts in Recent Cases before the Western District of Virginia (2017-2010)

| *Case Name* | *Division* | *Type of Case* | *Rate Rewarded* |
|---|---|---|---|
| Carlos Humberto Cab Siquic v. Star Forestry, LLC, Civil Action No. 3:13CV00043, 2016 U.S. Dist. LEXIS 54446 (W.D. Va. Apr. 22, 2016) (Conrad) | Roanoke | Migrant and Seasonal Agricultural Worker Protection Act (AWPA), and the Fair Labor Standards Act (FLSA) claims | $200 to $450 per hour |
| Scott v. Clarke, No. 3:12-CV-00036, 2016 U.S. Dist. LEXIS 14192 (W.D. Va. Feb. 5, 2016) (Moon) | C'ville | Eighth Amendment Class Action | $400 per hour<br>$211.50 per hour |
| Lusk v. Va. Panel Corp., 96 F. Supp. 3d 573 (W.D. Va. 2015) (Urbanski) | H'burg | Family Medical and Leave Act ("FMLA"); Americans with Disabilities Act ("ADA"). | Court reduces an hourly rate of $375 for partners to $300, and $275 to $150 for associates in Harrisonburg where the associate spent much of her time traveling to and from hearings rather than completing substantive legal work |
| Nationwide Prop. & Cas. Ins. Co. v. Jacobsen, No. 7:14-00516, 2015 U.S. Dist. LEXIS 156246 (W.D. Va. Nov. 18, 2015) (Faber) | Roanoke | Declaratory Judgment (Insurance) | $210 per hour, $250 per hour, and $300 per hour |
| Hudson v. Pittsylvania Cnty., Civil Action No. 4:11cv043, 2015 U.S. Dist. LEXIS 129782 (W.D. Va. Sep. 28, 2015) (Urbanski) | Danville | Establishment Clause | $350.00 per hour |
| Valdez v. Arm Wyn, LLC, Civil Action No. 7:14-CV-00263, 2015 U.S. Dist. LEXIS 76296 (W.D. Va. June 12, 2015) (Conrad) | Roanoke | Fair Debt Collection Practices Act ("FDCPA") claim | $250 an hour |

Re: <u>John Doe v. Jonathan Alger, et al.</u>, Case No: 5:15-cv-00035 (USDC, WDVa, Harrisonburg Div.)

| *Case Name* | *Division* | *Type of Case* | *Rate Rewarded* |
|---|---|---|---|
| United States v. Stumbo, No. 1:14cr00014, 2015 U.S. Dist. LEXIS 86179 (W.D. Va. July 1, 2015) (Sargent) | Abingdon | Forfeiture | One party - $240.00 an hour per partner and $175.00 an hour per associate<br><br>Other party- $300.00 (partner's rate reduced) and $175.00 an hour for associates. |
| Reed v. Dep't of Corr., Civil Action No. 7:13-CV-00543, 2015 U.S. Dist. LEXIS 64322 (W.D. Va. May 18, 2015) (Conrad) | Roanoke | Employment Discrimination, Title VII | $300 per hour for attorney practicing eight years |
| Wolfe v. Va. DOT, Civil Action No. 2:13cv00038, 2015 U.S. Dist. LEXIS 16728 (W.D. Va. Feb. 11, 2015) (Sargent) | Big Stone Gap | Employment Discrimination, Title VII | $300 an hour |
| Atkins v. Va. DOT ("VDOT"), Civil Action No. 1:13cv00057, 2015 U.S. Dist. LEXIS 16578 (W.D. Va. Feb. 11, 2015) (Sargent) | Big Stone Gap | Employment Discrimination, Title VII | $300 an hour |
| Sky Cable, LLC v. Coley, Civil Action No. 5:11-cv-48, 2014 U.S. Dist. LEXIS 124740 (W.D. Va. Sep. 8, 2014) (Urbanski) | H'burg | Federal Communications Act (FCA) claim | billing partners – cap of $350 per hour; associates – rate of $225 per hour; paralegals and legal assistants - $100 per hour. |
| Elderberry of Weber City, LLC v. Living Ctrs.-Se., Inc., No. 6:12-cv-0052, 2014 U.S. Dist. LEXIS 111495 (W.D. Va. June 25, 2014) (Moon) | Lynchburg | Breach of Commercial Lease and Guaranty Action (Attorney's Fee provision contained in K) | M. Mallory Mantiply ($300-$305 per hour), Mary Kathryn King ($250 per hour), Travis A. Knobbe ($200 per hour) and Carrie M. Harris ($170 per hour). |

| *Case Name* | *Division* | *Type of Case* | *Rate Rewarded* |
|---|---|---|---|
| Three Rivers Landing of Gulfport, LP v. Three Rivers Landing, LLC, No. 7:11-cv-00025, 2014 U.S. Dist. LEXIS 55871 (W.D. Va. Apr. 18, 2014) (Turk) | Roanoke | various claims for breach of contract, accounting, indemnity, and torts such as conversion, fraud, and negligent misrepresentation | rate of $685 for an attorney based in Richmond, Virginia was unreasonably high for the Roanoke Valley and Western District of Virginia, but approved a reduced fee of $500 hourly rate |
| Allstar Lodging, Inc. v. Rookard, No. 5:13-cv-00053, 2013 U.S. Dist. LEXIS 160845, at *5 (W.D.Va. Nov. 12, 2013) (Urbanski) | H'burg | Anti-Cybersquatting Consumer Protection Act, the Lanham Act, and pendant state law claims | $350 per hour |
| Hummel v. Hall, No. 6:11-cv-00012, 2012 U.S. Dist. LEXIS 993704 (W.D. Va. July 18, 2012) (Moon) | Lynchburg | Truth in Lending Act ("TILA") claim | $290 per hour |
| Naill v. Lincoln Mortgage, LLC, No. 3:09-cv-00039, 2010 U.S. Dist. LEXIS 56464 (W.D. Va. 2010) (Krigler) | C'ville | Fair Credit Reporting Act ("FCRA") claim | $375 per hour |